UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| KING SOLOMON BURROWS, | ) ) ) |
| Defendant. | ) ) |

SUPPRESSED

**FILED**

MAY 1 4 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**4:14CR144 JAR/NCC**

## INDICTMENT

### COUNT ONE

The Grand Jury Charges that:

Between on or about February 18, 2014 and February 21, 2014, within the Eastern District of Missouri,

**KING SOLOMON BURROWS,**

did knowingly deposit material to be delivered by the United States Postal Service which contained a threat to injure the person of the addressee or another.

In violation of Title 18, United States Code Section 876(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney