UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| vs. | ) No.: 4:14 CR144JAR/NCC |
| KING SOLOMON BURROWS | ) |
| Defendant | ) |

## DEFENDANTS REQUEST FOR BOND MODIFICATION

COMES NOW, Andrew J. Sottile, attorney for Defendant, and hereby requests that Defendant's bond be modified. In support of this request, counsel states the following:

1. Defendant is charged with one count of knowingly depositing material to be delivered by the United States Postal Service which contained a threat to injure the person of the addressee or another under Title 18 United States Code Section 876(c).
2. Defense counsel requests the bond be modified in the above case.
3. The current bond is $10,000 Secure.
4. Counsel requests that the Court authorize $10,000 ten percent.
5. Assistant United States Attorney Tom Albus is not opposed to said modification.

ANDREW SOTTILE, L.L.C.

By: Andrew J. Sottile Bar # 44511
906 Olive Street, Suite 23
St. Louis, MO 63101
(314) 621-8737/ Facsimile 621-0262
Attorney for Defendant
andysottile@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2014, the foregoing document was filed electronically with the Clerk of the Court to be served by operation of Court's electronic filing system and served upon Assistant United States Attorney Tom Albus.

Andrew J. Sottile Bar #44511