UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:14CR144 JAR/NCC |
| KING SOLOMON BURROWS | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR LEAVE TO FILE SEALED MOTION

COMES NOW, Defendant King Solomon Burrows, and hereby respectfully requests that the Court grant leave to file a Sealed Motion for an examination to determine defendant's mental competency. As grounds for this request, Counsel states:

1. Based upon the substance and nature of the motion, the undersigned requests leave to file said sealed motion.

WHEREFORE, for the foregoing reasons Counsel prays the Court grant this request.

Respectfully submitted,

Andrew J. Sottile, L.L.C.

/s/ Andrew J. Sottile Bar # 44511

Andrew J. Sottile
906 Olive Street, Suite 23
St. Louis, MO 63101
(314) 621-8737/ Facsimile 621-0262
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of June, 2014, the foregoing document was filed electronically with the Clerk of the Court to be served by operation of Court's electronic filing system.

                                                /s/ Andrew J. Sottile Bar # 44511