UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| vs. | ) No.:  4:14 CR144JAR/NCC |
| KING SOLOMON BURROWS | ) |
| Defendant | ) |

**DEFENDANTS REQUEST FOR CONTINUANCE**

COMES NOW, Andrew J. Sottile, attorney for Defendant, and hereby requests a continuance in this case.  In support of this request, counsel states the following:

1. Defense counsel requests that the case be continued from April 15th to May 6th at 9:30 AM.

2. Counsel requests the continuance because additional time is needed to secure defendants' placement in a housing facility.


ANDREW SOTTILE, L.L.C.


By:   Andrew J. Sottile Bar # 44511
212 N. Kingshighway, Suite 1021
St. Louis, MO 63108
(314) 241-2099/ Facsimile 454-1256
Attorney for Defendant
andysottile@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2016, the foregoing document was filed electronically with the Clerk of the Court to be served by operation of Court's electronic filing system and served upon Assistant United States Attorney Tom Albus.

Andrew J. Sottile Bar #44511